JS - 6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHAY ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> and AMUSEMENT INDUSTRY, INC., <br><br> Plaintiff in Intervention, <br><br> v. <br><br> THE CITY OF INDUSTRY, <br><br> Defendant. | Case No. 11CV10686 AHM (PLAx) <br><br> **ORDER DISMISSING CASE, WITH PREJUDICE** <br><br> Courtroom: 14 <br> Hon. A. Howard Matz |

Pursuant to the stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that:

This case is dismissed, with prejudice.

Date: September 25, 2012

_____

**JS-6**   A. HOWARD MATZ, U. S. DISTRICT JUDGE